Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  13–32507–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

James F Brogan Jr.                                Elizabeth C Brogan
17 Holmes Place                                   17 Holmes Place
Middletown, NJ 07748                              Middletown, NJ 07748

Social Security No.:
xxx–xx–5987                                        xxx–xx–0772

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 19, 2016.

On 6/14/2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:                July 25, 2017
Time:                10:00 AM
Location:            Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 15, 2017
JAN: vpm

Jeanne Naughton
Clerk