Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 13−32507−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   James F Brogan Jr.                            Elizabeth C Brogan
   17 Holmes Place                                 17 Holmes Place
   Middletown, NJ 07748                  Middletown, NJ 07748

Social Security No.:
   xxx−xx−5987                                     xxx−xx−0772

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on May 19, 2016.

    On 6/14/2017 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:           July 25, 2017
Time:          10:00 AM
Location:     Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 15, 2017
JAN: vpm

                                                                                         Jeanne Naughton
                                                                                         Clerk

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                          Case No. 13-32507-MBK
James F Brogan, Jr.                                             Chapter 13
Elizabeth C Brogan
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2             Date Rcvd: Jun 15, 2017
                              Form ID: 185             Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2017.
db/jdb        #+James F Brogan, Jr.,    Elizabeth C Brogan,    17 Holmes Place,    Middletown, NJ 07748-5722
aty            Ackerman,   200 Sheffield Street Suite 101,    P.O. Box 1024,    Mountainside, NJ  07092-0024
aty           +David M. Estes,    Mazie Slater Katz & Freeman LLC,    103 Eisenhower Parkway,
                Roseland, NJ 07068-1029
nc            +David M. Estes, Esq.,    Mazie Slater Katz & Freeman, LLC,    103 Eisenhower Parkway,
                Roseland, NJ 07068-1029
lm            +WELLS FARGO HOME MORTGAGE,    MAC D3347-014,    ATT: Party to Accept Service,
                3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
514279833     +Abelson & Truesdale, LLC,    147 Union Avenue,    Suite 1E,   Middlesex, NJ 08846-1063
514279834     +American Express,    PO Box 981537,    El Paso, TX 79998-1537
514477868      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
514484152      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
514279842    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: FIA  Card Services,    Po Box 15726,    Wilmington, DE 19886-5726)
514279840    ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
              (address filed with court: Chrysler Financial,    PO Box 9223,    Farmington, MI 48333-9223)
514279838     +Card Member Services,    CB Disputes,    PO Box 108,    Saint Louis, MO 63166-0108
514279839     +Chase,   PO Box 24696,    Columbus, OH 43224-0696
514508585      EMER PHY ASSOC NORTH JERSEY,PC,    PO Box 1109,    Minneapolis, MN 55440-1109
514279843     +Home Depot/Citibank,    Po Box 6497,    Sioux Falls, SD 57117-6497
514374706     +Mohinder S. Sidhu,    3 Kanouse Place,    West Caldwell, NJ 07006
514417680     +Mohinder S.Sidhu and Parmjeet Sidhi,    Matthew R. Mendelsohn, Esq,
                Mazie Slater Katz & Freeman, LLC,    103 Eisenhower Parkway,,    Roseland, NJ 07068-1029
514279846     +Monmouth County Sheriff's Office,    Attention: Foreclosure Unit,    50 East Main Street,
                Freehold, NJ 07728-2275
514279847      Sears/CBSD,   133200 Smith Road,    Cleveland, OH 44130
514279848     +Sonoco/Citibank,    PO Box 6497,    Sioux Falls, SD 57117-6497
514521761      Toyota Motor Credit Corporation,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
514279841    ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: FBS Card Services,    PO Box 9487,    Minneapolis, MN 55440-9487)
514508589      Wells Fargo Bank,    P.O. Box 50014,    Roanoke VA 24040-0014
514472830     +Wells Fargo Bank, N.A.,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
                Mountainside, NJ 07092-2315
514474800     +Wells Fargo Bank, N.A.,    ATTN: Bankruptcy Dept.,    MAC# D3347-014,    3476 Stateview Blvd.,
                Fort Mill, SC 29715-7203
514279850      Wells Fargo Home Finance,    PO Box 10335,    Des Moines, IA 50306-0335
514279851     #+Zucker, Goldberg & Ackerman,    200 Sheffiled Street,    Po Box 1024,
                Mountainside, NJ 07092-0024

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 15 2017 22:47:07    U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 15 2017 22:47:03    United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
514299503     +E-mail/Text: ebn@ltdfin.com Jun 15 2017 22:46:50    Advantage Assets II, Inc.,
                7322 Southwest Frwy, Suite 1600,    Houston, TX 77074-2134
514409513      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 15 2017 23:04:04
                American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                Oklahoma City, OK  73124-8838
514305183     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 15 2017 22:47:00    Asset Acceptance LLC,
                PO Box 2036,    Warren MI 48090-2036
514279844     +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 15 2017 22:46:25    Kohls/Chase,    Po Box 3115,
                Milwaukee, WI 53201-3115
514279845     +E-mail/Text: ebn@ltdfin.com Jun 15 2017 22:46:50    LTD,    Financial Services,
                7322 Southwest Freeway, Ste 1600,    Houston, TX 77074-2134
514500739      E-mail/PDF: resurgentbknotifications@resurgent.com Jun 15 2017 22:54:16
                LVNV Funding, LLC its successors and assigns as,    assignee of FIA Card Services, N.A.,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516743806     +E-mail/PDF: gecsedi@recoverycorp.com Jun 15 2017 22:54:17    Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 9

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Wells Fargo Bank, N.A.
514279836*    +Bank of America,    PO Box 17054,    Wilmington, DE 19850-7054
514279835    ##+Bank of America,    Po Box 17054,    Wilmington, DE 19850-7054
514279837    ##+Bank of America,    Po Box 15026,    Wilmington, DE 19850-5026
514279849    ##+Verizon Wireless,    PO Box 1850,    Folsom, CA 95763-1850
                                                                                   TOTALS: 1, * 1, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jun 15, 2017
                              Form ID: 185             Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 15, 2017 at the address(es) listed below:
```
              Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo     docs@russotrustee.com
              Angela Catherine Pattison    on behalf of Creditor    Wells Fargo   Bank, N.A.
               angela.pattison@powerskirn.com,  ecf@powerskirn.com
              Bruce C. Truesdale    on behalf of Debtor James F Brogan, Jr. brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Bruce C. Truesdale    on behalf of Joint Debtor Elizabeth C Brogan brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Wells Fargo   Bank, N.A.
               bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
              Michael S. Ackerman    on behalf of Creditor    Wells Fargo   Bank, N.A.
               bankruptcynotice@zuckergoldberg.com
              Sarah J. Crouch    on behalf of Debtor James F Brogan, Jr. nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;r53165@notify.bestcase.com
              Sarah J. Crouch    on behalf of Joint Debtor Elizabeth C Brogan nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;r53165@notify.bestcase.com
                                                                                             TOTAL: 9
```