# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

IN RE: **James F Brogan, Jr.**
**Elizabeth C Brogan**

Debtor(s)

Case No..: **13-32507-MBK**
Judge: **Christine M. Gravelle**
Chapter: **13**

## CHAPTER 13 PLAN AND MOTIONS

☐ Original
☐ Motions Included

☑ Modified/Notice Required
☐ Modified/No Notice Required

☑ Discharge Sought
☐ No Discharge Sought

Date: **May 2017**

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

### Part 1:  Payment and Length of Plan

  a.  The Debtor has paid $46,684.00 to the Chapter 13 Trustee to date. Starting on **June 1, 2016** the Trustee payment will decrease to $270.00 for a total Plan term of approximately **48** months.

  b.  The Debtor shall make plan payments to the Trustee from the following sources:
    ☑  Future Earnings
    ☐  Other sources of funding (describe source, amount and date when funds are available):

    c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____

- ☐ Refinance of real property
  Description:
  Proposed date for completion: _____

- ☐ Loan modification with respect to mortgage encumbering property
  Description:
  Proposed date for completion: _____

    d. The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

    e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside of the Plan, pre-confirmation to ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Bruce C. Truesdale ~BT 0928** | **Attorney Fees** | 2,000.00 |

## Part 4: Secured Claims

    **a. Curing Default and Maintaining Payments**

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the Debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| -NONE- | | | | | |

    **b. Modification**

1.) The Debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in

2

Collateral," plus interest as stated.  The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim.  If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### c. Surrender

Upon confirmation, the stay is terminated as to surrendered collateral.  The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **Chase** | Residence Location: 17 Holmes Place, Middletown NJ 07748 | 269,600.00 | 73,690.00 |
| **FIA  Card Services** | Residence Location: 17 Holmes Place, Middletown NJ 07748 | 269,600.00 | 9,584.00 |
| **Wells Fargo Home Finance** | Residence Location: 17 Holmes Place, Middletown NJ 07748 | 269,600.00 | 32,296.00 |

### d. Secured Claims Unaffected by the Plan

The following secured claims are unaffected by the Plan:

| Creditor |
|---|
| -NONE- |

### e. Secured Claims to be paid in full through the Plan

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| -NONE- | | |

## Part 5: Unsecured Claims

a. **Not separately classified**  Allowed non-priority unsecured claims shall be paid:
   ____     Not less than $____ to be distributed *pro rata*

   ____     Not less than ___ percent

   __x__    *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured** Claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| -NONE- | | | |

3

### Part 6: Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| **-NONE-** | | |

### Part 7: Motions

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).**
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | | |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| **-NONE-** | | |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| **-NONE-** | | | |

### Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**
☑ Upon Confirmation
☐ Upon Discharge

b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|

### c. Order of Distribution

The Trustee shall pay allowed claims in the following order:
1) Trustee Commissions
2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

### d. Post-petition claims

The Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### e. Other Provisions:

## Part 9 : Modification

If this plan modifies a plan previously filed in this case, complete the information below.
Date of Plan being modified: **8/26/2014**.

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified |
|---|---|
| **(Third Modified Plan)** Debtor lost his job and as a result does not have income consistent with the current plan.<br>**(Second Modified Plan )** This modified Plan is being filed to extend the term of the plan to 48 months and pay unsecured claims in full and to pay post petition IRS taxes.<br>**(First Modified Plan)** The plan is being modified to surrender the residence and pay the filed claims in full. | **(Third Modified Plan)** Part 1 was amended to reduce the plan payment for the remainder of the term.<br>**(Second Modified Plan)** This Modified Plan is extending the term of the Plan to 48 months and increasing the monthly Trustee payment to pay unsecured creditors in full and to pay post petition IRS taxes.<br>**(First Modified Plan)** The plan is being modified to surrender the residence. |

Are Schedules I and J being filed simultaneously with this modified Plan?    ☑ Yes    ☐ No

## Part 10: Sign Here

The debtor(s) and the attorney for the debtor (if any) must sign this Plan.

Date _____    /s/ Bruce C. Truesdale
**Bruce C. Truesdale**
Attorney for the Debtor

I certify under penalty of perjury that the foregoing is true and correct.

Date: _____    /s/ James F Brogan, Jr.
**James F Brogan, Jr.**
Debtor

Date: _____    /s/ Elizabeth C Brogan
**Elizabeth C Brogan**
Joint Debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                    Case No. 13-32507-MBK
James F Brogan, Jr.                                       Chapter 13
Elizabeth C Brogan
         Debtors                CERTIFICATE OF NOTICE
District/off: 0312-3        User: admin            Page 1 of 2         Date Rcvd: Jun 15, 2017
                            Form ID: pdf901        Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2017.
db/jdb         #+James F Brogan, Jr.,    Elizabeth C Brogan,    17 Holmes Place,    Middletown, NJ 07748-5722
aty             Ackerman,    200 Sheffield Street Suite 101,    P.O. Box 1024,    Mountainside, NJ  07092-0024
aty            +David M. Estes,    Mazie Slater Katz & Freeman LLC,    103 Eisenhower Parkway,
                 Roseland, NJ 07068-1029
nc             +David M. Estes, Esq.,    Mazie Slater Katz & Freeman, LLC,    103 Eisenhower Parkway,
                 Roseland, NJ 07068-1029
lm             +WELLS FARGO HOME MORTGAGE,    MAC D3347-014,    ATT: Party to Accept Service,
                 3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
514279833      +Abelson & Truesdale, LLC,    147 Union Avenue,    Suite 1E,    Middlesex, NJ 08846-1063
514279834      +American Express,    PO Box 981537,    El Paso, TX 79998-1537
514477868       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
514484152       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
514279842     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: FIA  Card Services,    Po Box 15726,    Wilmington, DE 19886-5726)
514279840     ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
               (address filed with court: Chrysler Financial,    PO Box 9223,    Farmington, MI 48333-9223)
514279838      +Card Member Services,    CB Disputes,    PO Box 108,    Saint Louis, MO 63166-0108
514279839      +Chase,    PO Box 24696,    Columbus, OH 43224-0696
514508585       EMER PHY ASSOC NORTH JERSEY,PC,    PO Box 1109,    Minneapolis, MN 55440-1109
514279843      +Home Depot/Citibank,    Po Box 6497,    Sioux Falls, SD 57117-6497
514374706      +Mohinder S. Sidhu,    3 Kanouse Place,    West Caldwell, NJ 07006
514417680      +Mohinder S.Sidhu and Parmjeet Sidhi,    Matthew R. Mendelsohn, Esq,
                 Mazie Slater Katz & Freeman, LLC,    103 Eisenhower Parkway,,    Roseland, NJ 07068-1029
514279846      +Monmouth County Sheriff’s Office,    Attention: Foreclosure Unit,    50 East Main Street,
                 Freehold, NJ 07728-2275
514279847       Sears/CBSD,    133200 Smith Road,    Cleveland, OH 44130
514279848      +Sonoco/Citibank,    PO Box 6497,    Sioux Falls, SD 57117-6497
514521761       Toyota Motor Credit Corporation,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
514279841     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: FBS Card Services,    PO Box 9487,    Minneapolis, MN 55440-9487)
514508589       Wells Fargo Bank,    P.O. Box 50014,    Roanoke VA 24040-0014
514472830      +Wells Fargo Bank, N.A.,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
                 Mountainside, NJ 07092-2315
514474800      +Wells Fargo Bank, N.A.,    ATTN: Bankruptcy Dept.,    MAC# D3347-014,    3476 Stateview Blvd.,
                 Fort Mill, SC 29715-7203
514279850       Wells Fargo Home Finance,    PO Box 10335,    Des Moines, IA 50306-0335
514279851      #+Zucker, Goldberg & Ackerman,    200 Sheffiled Street,    Po Box 1024,
                 Mountainside, NJ 07092-0024

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 15 2017 22:47:07      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 15 2017 22:47:03      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
514299503      +E-mail/Text: ebn@ltdfin.com Jun 15 2017 22:46:50      Advantage Assets II, Inc.,
                 7322 Southwest Frwy, Suite 1600,    Houston, TX 77074-2134
514409513       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 15 2017 23:04:04
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
514305183      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 15 2017 22:47:00      Asset Acceptance LLC,
                 PO Box 2036,    Warren MI 48090-2036
514279844      +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 15 2017 22:46:25      Kohls/Chase,    Po Box 3115,
                 Milwaukee, WI 53201-3115
514279845      +E-mail/Text: ebn@ltdfin.com Jun 15 2017 22:46:50      LTD,    Financial Services,
                 7322 Southwest Freeway, Ste 1600,    Houston, TX 77074-2134
514500739       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 15 2017 22:53:54
                 LVNV Funding, LLC its successors and assigns as,    assignee of FIA Card Services, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516743806      +E-mail/PDF: gecsedi@recoverycorp.com Jun 15 2017 22:54:15      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Wells Fargo Bank, N.A.
514279836*     +Bank of America,    PO Box 17054,    Wilmington, DE 19850-7054
514279835     ##+Bank of America,    Po Box 17054,    Wilmington, DE 19850-7054
514279837     ##+Bank of America,    Po Box 15026,    Wilmington, DE 19850-5026
514279849     ##+Verizon Wireless,    PO Box 1850,    Folsom, CA 95763-1850
                                                                                   TOTALS: 1, * 1, ## 3

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-3          User: admin              Page 2 of 2           Date Rcvd: Jun 15, 2017
                              Form ID: pdf901          Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2017 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Angela Catherine Pattison    on behalf of Creditor    Wells Fargo   Bank, N.A.
               angela.pattison@powerskirn.com,   ecf@powerskirn.com
              Bruce C. Truesdale    on behalf of Debtor James F Brogan, Jr. brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Bruce C. Truesdale    on behalf of Joint Debtor Elizabeth C Brogan brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Wells Fargo   Bank, N.A.
               bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
              Michael S. Ackerman    on behalf of Creditor    Wells Fargo   Bank, N.A.
               bankruptcynotice@zuckergoldberg.com
              Sarah J. Crouch    on behalf of Debtor James F Brogan, Jr. nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;r53165@notify.bestcase.com
              Sarah J. Crouch    on behalf of Joint Debtor Elizabeth C Brogan nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;r53165@notify.bestcase.com
                                                                                             TOTAL: 9