Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 13–32507–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

James F Brogan Jr.
17 Holmes Place
Middletown, NJ 07748

Elizabeth C Brogan
17 Holmes Place
Middletown, NJ 07748

Social Security No.:
xxx–xx–5987

xxx–xx–0772

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:     7/25/17
Time:     02:00 PM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Bruce C. Truesdale, Attorney for Debtor

COMMISSION OR FEES
$2967.40

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: June 22, 2017
JAN: vpm

Jeanne Naughton
Clerk

```
                      United States Bankruptcy Court
                           District of New Jersey
In re:                                                    Case No. 13-32507-MBK
James F Brogan, Jr.                                       Chapter 13
Elizabeth C Brogan
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin             Page 1 of 2          Date Rcvd: Jun 22, 2017
                              Form ID: 137            Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2017.
db/jdb         #+James F Brogan, Jr.,    Elizabeth C Brogan,    17 Holmes Place,    Middletown, NJ 07748-5722
aty             Ackerman,    200 Sheffield Street Suite 101,    P.O. Box 1024,    Mountainside, NJ  07092-0024
aty            +David M. Estes,    Mazie Slater Katz & Freeman LLC,    103 Eisenhower Parkway,
                 Roseland, NJ 07068-1029
nc             +David M. Estes, Esq.,    Mazie Slater Katz & Freeman, LLC,    103 Eisenhower Parkway,
                 Roseland, NJ 07068-1029
lm             +WELLS FARGO HOME MORTGAGE,    MAC D3347-014,    ATT: Party to Accept Service,
                 3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
514279833      +Abelson & Truesdale, LLC,    147 Union Avenue,    Suite 1E,    Middlesex, NJ 08846-1063
514279834      +American Express,    PO Box 981537,    El Paso, TX 79998-1537
514477868       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
514484152       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
514279842     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: FIA  Card Services,    Po Box 15726,    Wilmington, DE 19886-5726)
514279840     ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
               (address filed with court: Chrysler Financial,    PO Box 9223,    Farmington, MI 48333-9223)
514279838      +Card Member Services,    CB Disputes,    PO Box 108,    Saint Louis, MO 63166-0108
514279839      +Chase,    PO Box 24696,    Columbus, OH 43224-0696
514508585       EMER PHY ASSOC NORTH JERSEY,PC,    PO Box 1109,    Minneapolis, MN 55440-1109
514279843      +Home Depot/Citibank,    Po Box 6497,    Sioux Falls, SD 57117-6497
514374706      +Mohinder S. Sidhu,    3 Kanouse Place,    West Caldwell, NJ 07006
514417680      +Mohinder S.Sidhu and Parmjeet Sidhi,    Matthew R. Mendelsohn, Esq,
                 Mazie Slater Katz & Freeman, LLC,    103 Eisenhower Parkway,,    Roseland, NJ 07068-1029
514279846      +Monmouth County Sheriff’s Office,    Attention: Foreclosure Unit,    50 East Main Street,
                 Freehold, NJ 07728-2275
514279847       Sears/CBSD,    133200 Smith Road,    Cleveland, OH 44130
514279848      +Sonoco/Citibank,    PO Box 6497,    Sioux Falls, SD 57117-6497
514521761       Toyota Motor Credit Corporation,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
514279841     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: FBS Card Services,    PO Box 9487,    Minneapolis, MN 55440-9487)
514508589       Wells Fargo Bank,    P.O. Box 50014,    Roanoke VA 24040-0014
514474800      +Wells Fargo Bank, N.A.,    ATTN: Bankruptcy Dept.,    MAC# D3347-014,    3476 Stateview Blvd.,
                 Fort Mill, SC 29715-7203
514472830      +Wells Fargo Bank, N.A.,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
                 Mountainside, NJ 07092-2315
514279850       Wells Fargo Home Finance,    PO Box 10335,    Des Moines, IA 50306-0335
514279851      #+Zucker, Goldberg & Ackerman,    200 Sheffiled Street,    Po Box 1024,
                 Mountainside, NJ 07092-0024

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 22 2017 22:19:52     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 22 2017 22:19:48     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
514299503      +E-mail/Text: ebn@ltdfin.com Jun 22 2017 22:19:32     Advantage Assets II, Inc.,
                 7322 Southwest Frwy, Suite 1600,    Houston, TX 77074-2134
514409513       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 22 2017 22:29:03
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
514305183      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 22 2017 22:19:44     Asset Acceptance LLC,
                 PO Box 2036,    Warren MI 48090-2036
514279844      +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 22 2017 22:19:06     Kohls/Chase,    Po Box 3115,
                 Milwaukee, WI 53201-3115
514279845      +E-mail/Text: ebn@ltdfin.com Jun 22 2017 22:19:32     LTD,    Financial Services,
                 7322 Southwest Freeway, Ste 1600,    Houston, TX 77074-2134
514500739       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 22 2017 22:23:16
                 LVNV Funding, LLC its successors and assigns as,    assignee of FIA Card Services, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516743806      +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2017 22:23:12     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Wells Fargo Bank, N.A.
514279836*     +Bank of America,    PO Box 17054,    Wilmington, DE 19850-7054
514279835     ##+Bank of America,    Po Box 17054,    Wilmington, DE 19850-7054
514279837     ##+Bank of America,    Po Box 15026,    Wilmington, DE 19850-5026
514279849     ##+Verizon Wireless,    PO Box 1850,    Folsom, CA 95763-1850
                                                                                TOTALS: 1, * 1, ## 3

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jun 22, 2017
                              Form ID: 137             Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2017 at the address(es) listed below:
              Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Angela Catherine Pattison     on behalf of Creditor    Wells Fargo   Bank, N.A.
               angela.pattison@powerskirn.com,    ecf@powerskirn.com
              Bruce C. Truesdale     on behalf of Debtor James F Brogan, Jr. brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Bruce C. Truesdale     on behalf of Joint Debtor Elizabeth C Brogan brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Denise E. Carlon     on behalf of Creditor    Wells Fargo   Bank, N.A.
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              Michael S. Ackerman     on behalf of Creditor    Wells Fargo   Bank, N.A.
               bankruptcynotice@zuckergoldberg.com
              Sarah J. Crouch     on behalf of Debtor James F Brogan, Jr. nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;r53165@notify.bestcase.com
              Sarah J. Crouch     on behalf of Joint Debtor Elizabeth C Brogan nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;r53165@notify.bestcase.com
                                                                                             TOTAL: 9