Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

> Case No.: 13−32507−MBK
> Chapter: 13
> Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| James F Brogan Jr. | Elizabeth C Brogan |
| 17 Holmes Place | 17 Holmes Place |
| Middletown, NJ 07748 | Middletown, NJ 07748 |

Social Security No.:
   xxx−xx−5987                              xxx−xx−0772

Employer's Tax I.D. No.:

---

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 8/15/17 at 09:30 AM

to consider and act upon the following:

*103* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 7/31/2017. (Attachments: # 1 Proposed Order) (Russo, Albert)


Dated: 7/24/17

> Jeanne Naughton
> Clerk, U.S. Bankruptcy Court