Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.: 13−32507−MBK
          Chapter: 13
          Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   James F Brogan Jr.                           Elizabeth C Brogan
   17 Holmes Place                                17 Holmes Place
   Middletown, NJ 07748                  Middletown, NJ 07748

Social Security No.:
   xxx−xx−5987                                    xxx−xx−0772

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 8/15/17 at 09:30 AM

to consider and act upon the following:

*103* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 7/31/2017. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 7/24/17

                                                                 Jeanne Naughton
                                                                 Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
James F Brogan, Jr.  
Elizabeth C Brogan  
    Debtors

Case No. 13-32507-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jul 24, 2017  
                      Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2017.  
db/jdb      #+James F Brogan, Jr.,   Elizabeth C Brogan,   17 Holmes Place,   Middletown, NJ 07748-5722

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2017                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2017 at the address(es) listed below:  
      Albert Russo   on behalf of Trustee Albert Russo docs@russotrustee.com  
      Albert Russo   docs@russotrustee.com  
      Angela Catherine Pattison   on behalf of Creditor Wells Fargo Bank, N.A. angela.pattison@powerskirn.com, ecf@powerskirn.com  
      Bruce C. Truesdale   on behalf of Debtor James F Brogan, Jr. brucectruesdalepc@gmail.com, bctpcecf@gmail.com;r49787@notify.bestcase.com  
      Bruce C. Truesdale   on behalf of Joint Debtor Elizabeth C Brogan brucectruesdalepc@gmail.com, bctpcecf@gmail.com;r49787@notify.bestcase.com  
      Denise E. Carlon   on behalf of Creditor Wells Fargo Bank, N.A. bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
      Michael S. Ackerman   on behalf of Creditor Wells Fargo Bank, N.A. bankruptcynotice@zuckergoldberg.com

                            TOTAL: 7