Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  13−32507−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

James F Brogan Jr.                                Elizabeth C Brogan
17 Holmes Place                                   17 Holmes Place
Middletown, NJ 07748                              Middletown, NJ 07748

Social Security No.:
   xxx−xx−5987                                    xxx−xx−0772

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on September 8, 2017.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 8, 2017
JAN: kmf

                                                                    Jeanne Naughton
                                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 13-32507-MBK
James F Brogan, Jr.                                                       Chapter 13
Elizabeth C Brogan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Sep 08, 2017
                              Form ID: 148             Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2017.
db/jdb         #+James F Brogan, Jr.,    Elizabeth C Brogan,    17 Holmes Place,    Middletown, NJ 07748-5722
aty             Ackerman,    200 Sheffield Street Suite 101,    P.O. Box 1024,    Mountainside, NJ  07092-0024
aty            +David M. Estes,    Mazie Slater Katz & Freeman LLC,    103 Eisenhower Parkway,
                 Roseland, NJ 07068-1029
nc             +David M. Estes, Esq.,    Mazie Slater Katz & Freeman, LLC,    103 Eisenhower Parkway,
                 Roseland, NJ 07068-1029
514279833      +Abelson & Truesdale, LLC,    147 Union Avenue,    Suite 1E,    Middlesex, NJ 08846-1063
514279839      +Chase,    PO Box 24696,    Columbus, OH 43224-0696
514508585       EMER PHY ASSOC NORTH JERSEY,PC,    PO Box 1109,    Minneapolis, MN 55440-1109
514374706       Mohinder S. Sidhu,    3 Kanouse Place,    West Caldwell, NJ 07006
514417680      +Mohinder S.Sidhu and Parmjeet Sidhi,    Matthew R. Mendelsohn, Esq,
                 Mazie Slater Katz & Freeman, LLC,    103 Eisenhower Parkway,,    Roseland, NJ 07068-1029
514279846      +Monmouth County Sheriff's Office,    Attention: Foreclosure Unit,    50 East Main Street,
                 Freehold, NJ 07728-2275
514279848      +Sonoco/Citibank,    PO Box 6497,    Sioux Falls, SD 57117-6497
514508589       Wells Fargo Bank,    P.O. Box 50014,    Roanoke VA 24040-0014
514472830      +Wells Fargo Bank, N.A.,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
                 Mountainside, NJ 07092-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 09 2017 00:56:35     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 09 2017 00:56:32     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
lm             +EDI: WFFC.COM Sep 09 2017 00:38:00     WELLS FARGO HOME MORTGAGE,    MAC D3347-014,
                 ATT: Party to Accept Service,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
514299503      +EDI: LTDFINANCIAL.COM Sep 09 2017 00:38:00     Advantage Assets II, Inc.,
                 7322 Southwest Frwy, Suite 1600,    Houston, TX 77074-2134
514279834      +EDI: AMEREXPR.COM Sep 09 2017 00:38:00     American Express,    PO Box 981537,
                 El Paso, TX 79998-1537
514477868       EDI: BECKLEE.COM Sep 09 2017 00:38:00     American Express Bank, FSB,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
514484152       EDI: BECKLEE.COM Sep 09 2017 00:38:00     American Express Centurion Bank,
                 c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
514409513       EDI: AIS.COM Sep 09 2017 00:38:00     American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK   73124-8838
514305183      +EDI: ACCE.COM Sep 09 2017 00:38:00     Asset Acceptance LLC,    PO Box 2036,
                 Warren MI 48090-2036
514279842       EDI: BANKAMER2.COM Sep 09 2017 00:38:00     FIA  Card Services,    Po Box 15726,
                 Wilmington, DE 19886-5726
514279835      +EDI: BANKAMER2.COM Sep 09 2017 00:38:00     Bank of America,    Po Box 17054,
                 Wilmington, DE 19850-7054
514279837       EDI: BANKAMER.COM Sep 09 2017 00:38:00     Bank of America,    Po Box 15026,
                 Wilmington, DE 19850-5026
514279840       EDI: CHRYSLER.COM Sep 09 2017 00:38:00     Chrysler Financial,    PO Box 9223,
                 Farmington, MI 48333-9223
514279838      +EDI: USBANKARS.COM Sep 09 2017 00:38:00     Card Member Services,    CB Disputes,    PO Box 108,
                 Saint Louis, MO 63166-0108
514279843      +EDI: CITICORP.COM Sep 09 2017 00:38:00     Home Depot/Citibank,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
514279844      +EDI: CBSKOHLS.COM Sep 09 2017 00:38:00     Kohls/Chase,    Po Box 3115,
                 Milwaukee, WI 53201-3115
514279845      +EDI: LTDFINANCIAL.COM Sep 09 2017 00:38:00      LTD,   Financial Services,
                 7322 Southwest Freeway, Ste 1600,    Houston, TX 77074-2134
514500739       EDI: RESURGENT.COM Sep 09 2017 00:38:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of FIA Card Services, N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
514279847       EDI: SEARS.COM Sep 09 2017 00:38:00     Sears/CBSD,    133200 Smith Road,    Cleveland, OH 44130
516743806      +EDI: RMSC.COM Sep 09 2017 00:38:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
514521761       EDI: BL-TOYOTA.COM Sep 09 2017 00:38:00     Toyota Motor Credit Corporation,
                 c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
514279841       EDI: USBANKARS.COM Sep 09 2017 00:38:00     FBS Card Services,    PO Box 9487,
                 Minneapolis, MN 55440-9487
514279849      +EDI: VERIZONWIRE.COM Sep 09 2017 00:38:00     Verizon Wireless,    PO Box 1850,
                 Folsom, CA 95763-1850
514474800      +EDI: WFFC.COM Sep 09 2017 00:38:00     Wells Fargo Bank, N.A.,    ATTN: Bankruptcy Dept.,
                 MAC# D3347-014,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
514279850       EDI: WFFC.COM Sep 09 2017 00:38:00     Wells Fargo Home Finance,    PO Box 10335,
                 Des Moines, IA 50306-0335
                                                                                              TOTAL: 25

```
District/off: 0312-3          User: admin              Page 2 of 2                   Date Rcvd: Sep 08, 2017
                              Form ID: 148             Total Noticed: 38
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Wells Fargo Bank, N.A.
514279836*     +Bank of America,    PO Box 17054,    Wilmington, DE 19850-7054
514279851     ##+Zucker, Goldberg & Ackerman,    200 Sheffiled Street,    Po Box 1024,
                 Mountainside, NJ 07092-0024
                                                                                    TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2017 at the address(es) listed below:
```
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Angela Catherine Pattison    on behalf of Creditor   Wells Fargo  Bank, N.A.
               angela.pattison@powerskirn.com, ecf@powerskirn.com
              Bruce C. Truesdale    on behalf of Debtor James F Brogan, Jr. brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Bruce C. Truesdale    on behalf of Joint Debtor Elizabeth C Brogan brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   Wells Fargo  Bank, N.A.
               bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
              Michael S. Ackerman    on behalf of Creditor   Wells Fargo  Bank, N.A.
               bankruptcynotice@zuckergoldberg.com
                                                                                             TOTAL: 7
```