UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Albert Russo

CN 4853

Trenton,  NJ    08650

(609) 587-6888

Standing Chapter 13 Trustee

In re:

James F Brogan Jr
Elizabeth C Brogan

                              Debtor(s)

Case No.: 13-32507 / MBK

Judge: Michael B. Kaplan

Chapter: 13

Order Filed on September 8, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER REGARDING CHAPTER 13 STANDING
## TRUSTEE'S MOTION TO DISMISS OR
## CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: September 8, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having come before the Court on the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that the case is dismissed.

**IT IS FURTHER ORDERED** that any funds held by the Chapter 13 Trustee from payments made on account of the debtor(s) plan shall be disbursed to creditors.

**IT IS FURTHER ORDERED** that any *Order to Employer to Pay to the Chapter 13 Trustee* (wage order) that has been entered in this case is hereby terminated.   The employer is authorized to cease wage withholding immediately.   The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court
District of New Jersey

In re:                                                        Case No. 13-32507-MBK
James F Brogan, Jr.                                           Chapter 13
Elizabeth C Brogan
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin          Page 1 of 1              Date Rcvd: Sep 08, 2017
                               Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2017.
db/jdb         #+James F Brogan, Jr.,   Elizabeth C Brogan,   17 Holmes Place,   Middletown, NJ 07748-5722

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2017 at the address(es) listed below:
          Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo   docs@russotrustee.com
          Angela Catherine Pattison   on behalf of Creditor   Wells Fargo  Bank, N.A.
           angela.pattison@powerskirn.com,  ecf@powerskirn.com
          Bruce C. Truesdale   on behalf of Debtor James F Brogan, Jr. brucectruesdalepc@gmail.com,
           bctpcecf@gmail.com;r49787@notify.bestcase.com
          Bruce C. Truesdale   on behalf of Joint Debtor Elizabeth C Brogan brucectruesdalepc@gmail.com,
           bctpcecf@gmail.com;r49787@notify.bestcase.com
          Denise E. Carlon   on behalf of Creditor   Wells Fargo  Bank, N.A.
           bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
          Michael S. Ackerman   on behalf of Creditor   Wells Fargo  Bank, N.A.
           bankruptcynotice@zuckergoldberg.com
                                                                               TOTAL: 7